*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATCHBOX WORKS, INC., et al.<br><br>*Plaintiffs,*<br><br>vs.<br><br>DELL, INC.,<br><br>*Defendant.* | CASE NO.: CV 11-8765-GW(FMOx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that all claims in the Action be dismissed with prejudice and without costs to any party as against any other party, and that this stipulation may be filed with the Clerk of the Court without further notice.

DATED: April 3, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE